### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Zubrickas, Edward J
　　　　　 Zubrickas, Kim  M
　　　　　 Printed:  2/12/08

Case Number:  07 B 12045
Judge:  Squires, John H
Filed:  7/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:　　Dismissed:  January 2, 2008
Confirmed:  August 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,535.00 |  |
| Secured: |  | 878.09 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,520.00 |
| Trustee Fee: |  | 136.91 |
| Other Funds: |  | 0.00 |
| Totals: | 2,535.00 | 2,535.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,520.00 | 1,520.00 |
| 2. | Mid America Federal Savings Bank | Secured | 0.00 | 0.00 |
| 3. | Mid America Federal Savings Bank | Secured | 0.00 | 0.00 |
| 4. | Toyota Motor Credit Corporatio | Secured | 5,926.32 | 397.59 |
| 5. | Mid America Federal Savings Bank | Secured | 1,834.58 | 99.95 |
| 6. | Mid America Federal Savings Bank | Secured | 6,985.14 | 380.55 |
| 7. | Internal Revenue Service | Priority | 22,659.98 | 0.00 |
| 8. | T Mobile USA | Unsecured | 113.86 | 0.00 |
| 9. | FDS Bank - Bloomingdales | Unsecured | 576.63 | 0.00 |
| 10. | AIS Services | Unsecured | 625.42 | 0.00 |
| 11. | Capital One | Unsecured | 703.23 | 0.00 |
| 12. | Capital One | Unsecured | 668.35 | 0.00 |
| 13. | Capital One | Unsecured | 971.90 | 0.00 |
| 14. | National Recovery, Inc | Unsecured | 162.73 | 0.00 |
| 15. | World Financial Network Nat'l | Unsecured | 291.54 | 0.00 |
| 16. | World Financial Network Nat'l | Unsecured | 167.97 | 0.00 |
| 17. | World Financial Network Nat'l | Unsecured | 312.94 | 0.00 |
| 18. | DeVry Institute of Technology | Unsecured | 996.60 | 0.00 |
| 19. | World Financial Network Nat'l | Unsecured | 532.81 | 0.00 |
| 20. | Cavalry Portfolio/Collection | Unsecured | 1,697.21 | 0.00 |
| 21. | Educational Credit Management Corp | Unsecured | 34,540.90 | 0.00 |
| 22. | Merrick Bank | Unsecured | 750.88 | 0.00 |
| 23. | Sallie Mae | Unsecured | 1,054.18 | 0.00 |
| 24. | Activity Collection Svc | Unsecured | 990.50 | 0.00 |
| 25. | Citibank | Unsecured | 1,664.60 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Zubrickas, Edward J | Case Number:  07 B 12045 |
| Zubrickas, Kim  M | Judge:  Squires, John H |
| Printed:  2/12/08 | Filed:  7/6/07 |

| | | | |
|---|---|---:|---:|
| 26.  Citibank | Unsecured | 1,710.39 | 0.00 |
| 27.  Resurgent Capital Services | Unsecured | 2,223.40 | 0.00 |
| 28.  Capital One | Unsecured | 988.23 | 0.00 |
| 29.  Premier Bankcard | Unsecured | 106.51 | 0.00 |
| 30.  Discover Financial Services | Unsecured | 6,263.24 | 0.00 |
| 31.  RoundUp Funding LLC | Unsecured | 1,181.45 | 0.00 |
| 32.  Internal Revenue Service | Unsecured | 824.52 | 0.00 |
| 33.  Citibank | Unsecured | 1,081.47 | 0.00 |
| 34.  ECast Settlement Corp | Unsecured | 241.85 | 0.00 |
| 35.  Providian | Unsecured | 3,339.50 | 0.00 |
| 36.  Aspire Visa | Unsecured | 561.97 | 0.00 |
| 37.  ECast Settlement Corp | Unsecured | 117.45 | 0.00 |
| 38.  First Bank Of Delware | Unsecured | 351.04 | 0.00 |
| 39.  ECast Settlement Corp | Unsecured | 356.39 | 0.00 |
| 40.  ECast Settlement Corp | Unsecured | 2,411.57 | 0.00 |
| 41.  Nicor Gas | Unsecured | 183.45 | 0.00 |
| 42.  Arrow Financial Services | Unsecured | | No Claim Filed |
| 43.  HSBC Mortgage Services | Unsecured | | No Claim Filed |
| 44.  Citibank | Unsecured | | No Claim Filed |
| 45.  Control Credit Management | Unsecured | | No Claim Filed |
| 46.  Penny Saver Publications | Unsecured | | No Claim Filed |
| 47.  Continental Finance | Unsecured | | No Claim Filed |
| 48.  Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 49.  First Consumers National Bank | Unsecured | | No Claim Filed |
| 50.  Pales Community Hospital | Unsecured | | No Claim Filed |
| 51.  First Premier | Unsecured | | No Claim Filed |
| 52.  Harris & Harris | Unsecured | | No Claim Filed |
| 53.  Pales Community Hospital | Unsecured | | No Claim Filed |
| 54.  NCO Financial Systems | Unsecured | | No Claim Filed |
| 55.  Macy's | Unsecured | | No Claim Filed |
| 56.  Parkview Orthopaedic Group | Unsecured | | No Claim Filed |
| 57.  Silverlake Dental | Unsecured | | No Claim Filed |
| 58.  Radiology & Nuclear | Unsecured | | No Claim Filed |
| 59.  Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 60.  Primary Healthcare Associates | Unsecured | | No Claim Filed |
| 61.  Citibank | Unsecured | | No Claim Filed |
| 62.  Illinois Collection Service | Unsecured | | No Claim Filed |

$ 107,690.70          $ 2,398.09

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 136.91 |

$ 136.91

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Zubrickas, Edward J                    Case Number:  07 B 12045

Zubrickas, Kim  M                     Judge:  Squires, John H

Printed:  2/12/08                          Filed:  7/6/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____